

**FILED**

DEC 09 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

Antoinette G. Nims

(Name of Plaintiff)

651 I Street

(Address of Plaintiff)

Sac, Ca 95814

vs.

Sacramento Count Sheriff
RCCC
R.N. Rachel (Main Jail)
ETAL

(Names of Defendants)

2:15-cv-2541 EFB (PC)

(Case Number)

**COMPLAINT**

I.  Previous Lawsuits:

A.  Have you brought any other lawsuits while a prisoner:  ☐ Yes  ☑ No

B.  If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1.  Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

_____

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**          Rev'd 5/99

1

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_____ N|A _____

3. Docket Number _____ N/A _____

4. Name of judge to whom case was assigned _____ N|A _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____ N|A _____

6. Approximate date of filing lawsuit   11·30·15 _____

7. Approximate date of disposition _____ N|A _____

## II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?   ☑ Yes      ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?

☐ Yes   ☑ No

If your answer is no, explain why not  I am afraid of retaliation.

C. Is the grievance process completed?      ☐ Yes      ☑ No

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant _____ is employed as _____
_____ at _____

B. Additional defendants _____
_____
_____
_____
_____
_____

2

IV.    Statement of Claim

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach extra sheets if necessary.)

After being in jail for 9 days I was sent to RCCC. A hour or so later I was removed from from Camellia dorm to holding, I was strip searched again because I was wrongly accussed of having drugs then I was sent to Ramona, where they gave me 20 days discipline for pushing button. After being Isolated I started having suicidal thoughts, They removed me, took my clothes, gave me a padded dress & put in a padded cell. Then they transported me back to the Main Jail to be searched internally and gave discipline days. My bowels

V.  Relief.

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

There was a violation of my 8th and 4th ammendments constitution rights. I am seeking immediate relief and challenge my current inceration due to cruel and unusual punishment by the persons employed by Sacramento Court Sheriff Department. I am seeking financial compensation in the amount of 3,000,000,000 which is so small compared to the now s many times and the ways I've been tormented humiliated & violated. I suffer from diagnosed PTSD. Antonette B. Mims

Signed this 30 day of November, 20 15.

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

11/30/2015
(Date)

(Signature of Plaintiff)

3

haven't worked right since. I don't use the
restroom as usual anymore. My bowels keep locking
up. If my complaint is accepted, I will
submit a complete amended report to support
my complaint.

Antoinette Nims

Antoinette G. Nims Xref 1743153
12500 Bruceville Rd          Ramona #4
ElkGrove 95757